## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DONALD RAY SAUCIER,**
       **Plaintiff,**

**vs.**                     **Case No.: 5:08cv236/RS/MD**

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**
       **Defendants.**

_____

### <u>REPORT AND RECOMMENDATION</u>

     This cause is before the court upon referral from the clerk. Plaintiff commenced this action on July 1, 2008 by filing a civil rights complaint. (Doc. 1). On August 6, 2008 the court issued an order directing plaintiff to file an amended complaint within thirty days. (Doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action. Plaintiff did not respond to the order.

     Accordingly, on September 25, 2008 the court issued an order directing plaintiff to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court. (Doc. 6). Over twenty days has elapsed, and plaintiff has not responded to the order.

     Accordingly, it respectfully RECOMMENDED:

     That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court, and that the clerk be directed to close the file.

     At Pensacola, Florida, this 27th day of October, 2008.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**