IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD RAY SAUCIER,

       Plaintiff,

vs.                                                  CASE NO. 5:08cv236/RS-MD

FLORIDA DEPARTMENT OF CORRECTIONS,
et al,

       Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3.    The clerk is directed to close the file.

**ORDERED** on November 26, 2008.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**